JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO MENDOZA CASTANEDA, on behalf of himself and others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br><br>MASONITE CORPORATION,<br><br>          Defendant. | Case No. 5:23-cv-00838-SSS-KKx<br><br>**ORDER GRANTING [JOINT STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE] (Doc. 23)** |

On August 30, 2023, the Court ordered the Parties to file their dismissal no later than September 8, 2023.

On September 8, 2023, the Parties filed the Joint Stipulation to dismiss the case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The court, having considered the Parties Joint stipulation for Dismissal of Action Without Prejudice and finding good cause, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. this action is dismissed, without prejudice, in its entirety as to all Parties; and
2. the Parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: September 11, 2023

_____
SUNSHINE S. SYKES
United States District Judge